# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTRADE INDUSTRIES, INC., | ) | 1:07-cv-1893-AWI GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: SCHEDULING CONFERENCE |
| v. | ) | HELD ON NOVEMBER 10, 2008 |
| | ) | |
| FOREIGN CARGO MANAGEMENT CORP, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

On November 10, 2008, a telephonic scheduling conference was held. William Schmidt appeared on behalf of the Plaintiffs, Intrade Industries. Lisa L. Meggs appeared on behalf of the Defendants, Foreign Cargo Management Corp., et al. It was noted that the day before the scheduling conference, Defendants filed a Motion to Dismiss based on lack of proper service, as well of lack of diversity jurisdiction.

Notwithstanding the pending Motion to Dismiss, Plaintiff shall file proof of service of the Complaint no later than November 21, 2008. Defendants shall file an Answer no later than

1

December 19, 2008.

    A further status conference will be held on January 14, 2009 at 1:30 in Courtroom 10. This status conference may be converted into a scheduling conference if the Motion to Dismiss is denied by that date.  If a scheduling conference is held, the parties shall submit a **joint** scheduling report no later than one week prior to the hearing. The parties may appear telephonically, however, any party wishing to appear telephonically shall contact Courtroom Deputy Carrie Esteves at 559-499-5962 prior to the hearing to make those arrangements.

    IT IS SO ORDERED.

Dated:   **November 10, 2008**               /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE