IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTRADE INDUSTRIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FOREIGN CARGO MANAGEMENT ) <br> CORP., PRIORITY ) <br> TRANSPORTATION BROKERS, ) <br> MAC'S LOGISTICS CORP., FCM ) <br> TRANSPORT, THOMAS ) <br> ANDERSON, PAUL THOMPSON, ) <br> and DOES 1 through 50, ) <br> ) <br> Defendants. ) <br> _____ ) | NO. 1:07-CV-01893-AWI-GSA <br><br> ORDER VACATING DECEMBER 15, 2008 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Defendants' motion to dismiss has been set for hearing in this case on December 15, 2008. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 15, 2008, is VACATED, and the parties shall not appear at that time. As of December 15, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 11, 2008                     /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE