UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTRADE INDUSTRIES, INC., | ) | 1:07-cv-1893-AWI GSA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER STRIKING DEFENDANTS' ANSWERS |
| | ) | |
| | ) | ORDER SETTING SCHEDULING CONFERENCE |
| FOREIGN CARGO MANAGEMENT CORP, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

On January 14, 2009, a telephonic status conference was held. William Schmidt appeared on behalf of the Plaintiff, Intrade Industries. Lisa L. Meggs appeared on behalf of the Defendants, Foreign Cargo Management Corp., et al.

On December 24, 2008, Chief District Court Judge Anthony Ishii denied Defendants' Motion to Dismiss and ordered Plaintiff to serve Defendants with the Complaint. Defendants are not willing to waive service of the Complaint at this time.

On December 22, 2008, prior to the denial of the Motion to Dismiss, Defendants filed

1

1  Answers pursuant to this Court's order. (Docs. 38 and 39).  Given the current posture of this
2  case, the court will order that Defendants' Answer be stricken.  Plaintiff shall serve Defendants
3  with the Complaint pursuant to Judge Ishii's order issued on December 24, 2008.  (Doc. 40).  A
4  scheduling conference will be held on March 24, 2009 at 9:30 in Courtroom 10.  The parties
5  shall file a joint scheduling report one week prior to the scheduling conference and shall e-mail a
6  copy of the report to chambers at gsaorders@caed.uscourts.gov.  The parties may appear
7  telephonically, however, those arrangements can be made by contacting Carrie Esteves,
8  Courtroom Deputy at 559-499-5962 prior to the conference.  The parties shall also notify the
9  court immediately if they are unable to attend the scheduling conference on the scheduled date.

    Accordingly, the Court orders the following:

1. Defendants' Answers filed on December 23, 2008 and December 24, 2008 respectively (Docs. 38 and 39) are hereby STRICKEN; and
2. A scheduling conference will be held on March 24, 2009 at 9:30 in Courtroom 10 pursuant to the instructions outlined above.

IT IS SO ORDERED.

Dated: **January 16, 2009**       /s/ **Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE